1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>$1,181,895.00 IN U.S. CURRENCY,<br><br>Defendant.<br>JUAN ANTONIO RODRIGUEZ.<br><br>Claimant. | No. CV 14-03973-CBM (FFMx)<br><br>**JUDGMENT [JS-6]** |

    In accordance with the Order issued on February 12, 2015, **IT IS
ORDERED AND ADJUDGED** that judgment is hereby entered in favor of
Plaintiff United States of America against Defendant $1,181,895.00 in U.S.
Currency.

DATED:  February 12, 2015

_____

Honorable Consuelo B. Marshall
United States District Judge